# EXHIBIT 12

Customer invoice regarding sale to SD Dept. of Game, Fish, and Parks

Affidavit of Eric Frazier (Opp to Mtn to Compel)
Civ. 08-4053
*Taylor v. United Laboratories*

# UNITED
LABORATORIES
Proud to be employee-owned
FEDERAL I.D. # 36-2535769

ANY QUESTIONS PLEASE CALL:
(630) 377-0900
www.unitedlabsinc.com

PLEASE REMIT TO: - P.O. BOX 410
ST. CHARLES, IL 60174-0410

SALES REPRESENTATIVE

FISCAL 2007

**SOLD TO:** SOUTH DAKOTA DEPT OF
GAME FISH PARKS
43349 S D HWY 52
YANKTON, SD 57078

**SHIP TO:** SOUTH DAKOTA GAME FISH
PARKS-LEWIS & CLARK/DENNIS
43349 S D HWY 52
YANKTON SD 57078

**INVOICE NUMBER** 31923

**TERMS: NET 30 DAYS**

| INVOICE DATE | SHIP DATE | SHIP VIA | F.O.B. | | | |
|---|---|---|---|---|---|---|
| 7/03/07 | 07/03/07 | LPE | ST. CHARLES | | | |

| ACCOUNT NUMBER | COUNTY | SALESMAN | SALES ORDER NO. | CUST. P.O. NUMBER |
|---|---|---|---|---|
| 57078-050 | YANKTON | TAYLOR, WENDI 5176 | 284972 | A |

| ORDERED | SHIPPED | UNIT | | DESCRIPTION | UNIT PRICE | AMOUNT | BASE PRICE | COMM | COMM AMT |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 120 | QT | 45896 | UNITED465 LIQUI-ZYME ENZYME ODOR EL | 11.92 | 1,430.40 | 7.13 7.0 | | 385.46 |
| 120 | 120 | GL | 4209x | UNITED159 SOLVALL FOAM SOLVENT DE | 13.80 | 1,656.00 | 9.03 8.9 | | 803.98 |
| 120 | 120 | EA | 15946 | UNITED159 VANILLA WI A31 | 20.00 | 2,400.00 | 8.19 14.0 | | 421.42 |
| 15 | 15 | EA | 6512 | UNITED327 BROWN CHITTERS | 39.92 | 598.80 | 19.96 29.0 | | 95.97 |

"Proud to be employee-owned"

| DUE DATE | NET INVOICE | SALES TAX* | EQUALIZED FREIGHT / HANDLING | TOTAL AMOUNT |
|---|---|---|---|---|
| 08/04/07 | 5,822.40 | 0.00 | 124.53 | 5,946.93 |

| | TOTAL COMMISSION |
|---|---|
| | 1,706.86 |

ANY QUANTITY OR ITEM NOT SHIPPED COMPLETE IS AUTOMATICALLY BACK ORDERED.

MERCHANDISE LISTED ABOVE HAS BEEN PRODUCED IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED. ABSOLUTELY NO MERCHANDISE RETURNED FOR CREDIT WITHOUT PRIOR WRITTEN CONSENT. FINANCE CHARGE PER MONTH FOR AMOUNTS NOT RECEIVED WITHIN STATED TERMS.

*IF YOUR FIRM IS TAX EXEMPT PLEASE FURNISH PROPER CERTIFICATE WITH PAYMENT.

PAY NO MONEY TO AGENTS.