UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| WENDI K. TAYLOR, | ) | CIV. 08-4053-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| UNITED LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant, United Laboratories, Inc., and against plaintiff, Wendi K. Taylor.

IT IS FURTHER ORDERED that the clerk of court is directed to assess costs against plaintiff and in favor of defendant.

Dated August 6, 2010.

BY THE COURT:


/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE